Mary Jo O'Neill, AZ Bar #005924
Andrea G. Baran, MO Bar #45620
Richard I. Sexton, PA Bar #202584
**Equal Employment Opportunity Commission, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, AZ  85012
Telephone:  602-640-5003
Fax:  602-640-5009
Email:  mary.oneill@eeoc.gov
           andrea.baran@eeoc.gov
           richard.sexton@eeoc.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>                    Petitioner,<br><br>        vs.<br><br>The Geo Group, Inc.,<br><br>                    Respondent. | Case No.:<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY AN ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED** |

   1.   This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9.

   2.   Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

   3.   Petitioner, the Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is

authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. The Respondent is an employer doing business in the State of Arizona with facilities throughout the State of Arizona and its corporate headquarters is in Boca Raton, Florida.

5. On February 7, 2013, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to the Respondent Subpoena No. PHX-13-18, which was duly served on the Respondent.

6. Subpoena No. PHX-13-18 required the Respondent to produce information needed as part of the EEOC's investigation of two charges of unlawful employment practices, Charge Nos. 540-2012-02442 and 35A-2012-00436, which has been filed against the Respondent.

7. On February 15, 2013, the Respondent filed a petition to revoke or modify the Subpoena.

8. On August 16, 2013, having thoroughly analyzed Respondent's petition, the Commission determined that the respondent's objections were without merit and directed Respondent to provide the Commission with complete responses to the subpoena requests within twenty (20) days of the determination.

9. The Respondent has refused to comply with Subpoena No. PHX-13-18 and the Commission's Determination.

10. Respondent's failure to comply with the Subpoena has delayed and hampered the EEOC's investigation.

11. The accompanying Declaration of Rayford O. Irvin, District Director, filed

concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a) That the Court issue an Order directing the Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing the Respondent to comply with the subpoena;

b) That, upon return of the Order to Show Cause, an Order issue directing the Respondent to comply with the subpoena; and

c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

RESPECTFULLY SUBMITTED this 24th day of April, 2014.

*/s/ Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney

*/s/ Andrea G. Baran*
ANDREA G. BARAN
Supervisory Trial Attorney

*/s/Richard I. Sexton*
RICHARD I. SEXTON
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Attorneys for Petitioner