UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>                  Petitioner,<br><br>vs.<br><br>The Geo Group, Inc.,<br><br>                  Respondent. | Case No.:<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

      The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why two administrative subpoenas should not be enforced.

      Subpoena No. PHX-13-18 was served on the Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on February 8, 2013, in the investigation of Charge Nos. 540-2012-02442 and 35A-2012-00436.

      The Commission having duly served the subpoenas upon the Respondent, and the Respondent having failed to comply within the period designated in the subpoenas, it is hereby **ORDERED** that Respondent appear on the _____ day of _____,

2014, at _____ in Courtroom _____, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, AZ, and show cause why it should not be compelled to comply with the subpoenas issued to it; it is further

**ORDERED** that the Equal Employment Opportunity Commission serve the Respondent with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support, on or before the \_\_\_\_\_ day of _____, 2014, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Respondent file and serve its answer to the Application no later than the \_\_\_\_\_ day of _____, 2014.